NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EMANUEL OLVERA,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )      Case No. 2D18-2351
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____   )

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Frederick R. Hardt, Judge.

Emanuel Olvera, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and VILLANTI and ATKINSON, JJ., Concur.